HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
GRACE HYOJUNG JANG (SBN 302640)
Email: gracejang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone (310) 769-6836
Facsimile (310) 769-6787

Attorneys for Plaintiff AN BANG TRADING, LTD.,
a South Korean Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN BANG TRADING, LTD., a South Korean Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TYCHE DONCA CORPORATION, a California Corporation, d/b/a TYCHE; HENRY S. KANG, an individual; HUMMING FASHION LK, INC., a California Corporation, d/b/a MINTCHOCO; INKI KIM, an individual; VANILLA MONKEY LTD, a California Corporation, d/b/a VANILLA MONKEY; SEOK EUN KANG, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-06945-JFW-FFM<br><br>Honorable John F. Walter<br><br>**[PROPOSED] JUDGMENT AGAINST DEFENDANT HUMMING FASHION LK, INC., D/B/A MINTCHOCO** |

# [PROPOSED] JUDGMENT

On May 21, 2019, the Court granted Plaintiff An Bang Trading, Ltd.'s Application for Default Judgment by Court against Defendant Humming Fashion LK, Inc., d/b/a Mintchoco. As such, a judgment in the amount of $30,000.00 in statutory damages, $2,400.00 in attorneys' fees, and $458.00 in costs, for a total of $32,858.00, is hereby GRANTED and ENTERED against Defendant Humming Fashion LK, Inc., d/b/a Mintchoco, and in favor of Plaintiff An Bang Trading, Ltd.

Date: May 28, 2019            By: _____
                                  Honorable John F. Walter
                                  United States District Court

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836